```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-01359-RNO
Cheri Ann Freeman                                                   Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: AGarner            Page 1 of 1           Date Rcvd: May 16, 2017
                            Form ID: ntcnfhrg        Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
```
db             +Cheri Ann Freeman,    1075 Carlisle Road,    Biglerville, PA 17307-9225
4904986        +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
4904987        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
4904988        +Alexanders Plumbing,     4236 Fairfield Road,    Fairfield, PA 17320-9301
4904990        +Bermajo Auto Sales,     4467 York Road,    New Oxford, PA 17350-9404
4904991       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of PA,     Revenue Recovery,    PO Box 117,
                  Columbus, OH 43216)
4904992        +Commercial Acceptance,     2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4904993         Dennis Mooney,    407 Chestnut Street,    Mount Holly Springs, PA 17065-1215
4911763         ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
4904994        +JP Harris Associates, LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
4904995        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4904985         PA Department of Revenue,     Bureau of Individual Taxes,    Dept 280431,
                  Harrisburg, PA 17128-0431
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4904989        +E-mail/Text: banko@berkscredit.com May 16 2017 19:07:49      Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
4904984         E-mail/Text: cio.bncmail@irs.gov May 16 2017 19:07:46      Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4904996         E-mail/Text: camanagement@mtb.com May 16 2017 19:07:50      M & T Bank,   PO Box 844,
                 Buffalo, NY 14240
4921558         E-mail/Text: camanagement@mtb.com May 16 2017 19:07:50      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4904997         E-mail/Text: bkrcy@ugi.com May 16 2017 19:08:11      UGI,   PO Box 13009,    Reading, PA 19612
4904998        +E-mail/Text: kcm@yatb.com May 16 2017 19:07:43      York Adams Tax Bureau,
                 Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor Cheri Ann Freeman gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Cheri Ann Freeman<br>aka Cheri A Freeman, aka Cheri Book Freeman<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−01359−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 14, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: June 28, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 16, 2017 |