| | | | |
|---|---|---|---|
| Debtor 1 | Cheri Ann Freeman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 1:17-bk-01359 | | |

[✓] Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   - [ ] No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - [✓] Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | Bermajo Auto Sales | | $1,000.00 | $1,694.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
2002 Chevrolet Trailblazer 185,000 miles
Stated Value as per Kelley Blue Book

4467 York Road
New Oxford, PA 17350
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)  Vehicle Loan

Date debt was incurred _____    Last 4 digits of account number _____

| 2.2 | Dennis Mooney | | Unknown | $295,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
1075 Carlisle Road Biglerville, PA 17307 Adams County
Property is jointly owned by Debtor and Debtor's daughter. Stated value is the present listing price.

407 Chestnut Street
Mount Holly Springs, PA
17065-1215
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

Who owes the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [✓] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred  10/05/2011    Last 4 digits of account number _____

| Debtor 1 | Cheri Ann Freeman | | Case number (if know) | 1:17-bk-01359 |

### 2.3 Harris Savings Bank (now Santander)
**Creditor's Name**

635 Carlisle Street
Hanover, PA 17331
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**
1075 Carlisle Road Biglerville, PA 17307 Adams County
Property is jointly owned by Debtor and Debtor's daughter. Stated value is the present listing price.

Column A: **Unknown**  Column B: **$295,000.00**  Column C: **Unknown**

**Who owes the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)  **Mortgage**

Date debt was incurred _____  Last 4 digits of account number _____

---

### 2.4 M & T Bank
**Creditor's Name**

PO Box 844
Buffalo, NY 14240
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**
1075 Carlisle Road Biglerville, PA 17307 Adams County
Property is jointly owned by Debtor and Debtor's daughter. Stated value is the present listing price.

Column A: **$132,244.75**  Column B: **$295,000.00**  Column C: **$0.00**

**Who owes the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)  **Mortgage**

Date debt was incurred  **Opened 11/01/85 Last Active 9/04/14**  Last 4 digits of account number **5688**

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$133,244.75**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$133,244.75**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

- [ ] Name, Number, Street, City, State & Zip Code
  **KML Law Group PC**
  **701 Market Street**
  **Suite 5000**
  **Philadelphia, PA 19106**

  On which line in Part 1 did you enter the creditor? **2.4**
  Last 4 digits of account number ___

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:17-bk-01359-RNO    Doc 27    Filed 10/31/17    Entered 10/31/17 14:27:57    Desc
Main Document    Page 2 of 3

## VERIFICATION

I, __Cheri Freeman__, verify that the statements made in the aforegoing document(s) are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C. S. §4904, relating to unsworn falsification to authorities.

_____
Cheri Freeman, Debtor

Dated: Oct. 27, 2017