United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                      Case No. 17-01359-RNO
Cheri Ann Freeman                                                           Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Nov 01, 2017
                             Form ID: orcnfpln       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Cheri Ann Freeman,    1075 Carlisle Road,    Biglerville, PA 17307-9225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Debtor 1 Cheri Ann Freeman gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Cheri Ann Freeman | Chapter | 13 |
| aka Cheri A Freeman, aka Cheri Book Freeman | | |
| | Case No. | 1:17–bk–01359–RNO |
| Debtor(s) | | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 7, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  November 1, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk