# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CHERI ANN FREEMAN
           CHERI BOOK FREEMAN
           CHERI A FREEMAN

           Debtor(s)

                                                          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant                               CASE NO: 1-17-BK-01359RNO

vs.

CHERI ANN FREEMAN
CHERI BOOK FREEMAN
CHERI A FREEMAN
           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

     AND NOW, on July 9, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal with prejudice of the above-captioned Chapter 13 bankruptcy case in accordance with Section 1307(c) of 11 U.S.C., due to material default by the debtor(s) with respect to the terms of the plan.

     Notice of conference, hearing and other instructions are included with this Motion.

     In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

        Case # 1-07-01164RNO                Counsel: KEITH B. DeARMOND, ESQUIRE
        Filing Date: 04/17/2007                   Date Dismissed: 06/26/2009
        Total Payments: $16,191.44              Chapter: 13
        Result: Dismissed for material default

        Case #1-10-01262MDF                  Counsel: KEITH B. DeARMOND, ESQUIRE
        Filing Date: 02/18/2010                   Date Dismissed: 09/21/2011
        Total Payments: $25,837.00              Chapter: 13
        Result: Dismissed for material default

        Case # 1-12-02664MDF                Counsel: JACKIE DEARMOND, ESQUIRE
        Filing Date: 04/30/2012                   Date Dismissed: 03/27/2013
        Total Payments: $12,175.00              Chapter: 13
        Result: Converted to Chapter 7

     Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of 3 prior Chapter 13 petitions that this Court dismissed prior to completion and filed the current petition thereafter.

WHEREFORE, Movant requests this Court to:
1. Enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Sec. 1307(c) and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

    RESPECTFULLY SUBMITTED,
/s/   Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHERI ANN FREEMAN
CHERI BOOK FREEMAN
CHERI A FREEMAN
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-BK-01359RNO

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.

Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
August 15, 2018 at 9:00 am
Ronald Reagan Federal Bldg.
Bankruptcy Courtroom
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

**HEARING:**
August 15, 2018 at 10:00 am
Ronald Reagan Federal Bldg.
Bankruptcy Courtroom
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before: **August 15, 2018**.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH**: $100.00
**AMOUNT DUE FOR THIS MONTH:** $18,700.00
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE:** $18,800.00

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK OR MONEY ORDER. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED.**

    **DO NOT send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and may result in dismissal of your case.**

==Mail payments by U.S. First Class Mail to:==
    ==**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**==

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE WITH PREJUDICE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 9, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHERI ANN FREEMAN
CHERI BOOK FREEMAN
CHERI A FREEMAN
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-BK-01359RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice, and Proposed Order by First Class Mail, unless served electronically, at the below address on July 9, 2018.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111

CHERI ANN FREEMAN
1075 CARLISLE ROAD
BIGLERVILLE, PA 17307

RESPECTFULLY SUBMITTED,
/s/ Liz Joyce
For Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 9, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CHERI ANN FREEMAN<br>CHERI BOOK FREEMAN<br>CHERI A FREEMAN<br>    Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>    Movant | CASE NO: 1-17-BK-01359RNO |
| vs. | |
| CHERI ANN FREEMAN<br>CHERI BOOK FREEMAN<br>CHERI A FREEMAN<br>    Respondent(s) | MOTION TO DISMISS WITH PREJUDICE |

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby barred from filing in this district without prior leave of this Court for a period of 180 days from the date of this order.