# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 10, 2018

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Cheri Freeman
Chapter 13 Bankruptcy Case No. 1-17-01359

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

BERKS CREDIT COLLECTIONS
PO BOX 349
GREENSBURG IN 47240-0349

The Creditor's <u>previous</u> address was as follows:

BERKS CREDIT COLLECTIONS
PO BOX 329
TEMPLE PA 19560-0329

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm