```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01359-RNO
Cheri Ann Freeman                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Jul 26, 2018
                           Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
db           +Cheri Ann Freeman,    1075 Carlisle Road,    Biglerville, PA 17307-9225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
       Gary J Imblum    on behalf of Debtor 1 Cheri Ann Freeman gary.imblum@imblumlaw.com,
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
       James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHERI ANN FREEMAN : CASE NO. 1-17-01359-RNO
aka CHERI A. FREEMAN :
aka CHERI BOOK FREEMAN :
      Debtor : CHAPTER 13

## ORDER OF COURT
## PERMITTING SECOND APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Second Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $1,422.75 for fees and $76.41 for costs, for a net amount due of $1,499.16 for the time period of October 24, 2017 through May 31, 2018.

Debtor's counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, if Debtor does not amend her Plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtor's counsel will offer Debtor a reasonable payment plan for payment of same.

Dated: July 26, 2018        By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)