```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 17-01359-HWV
Cheri Ann Freeman                                                  Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: Jan 24, 2020
                               Form ID: pdf010              Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db              +Cheri Ann Freeman,    1075 Carlisle Road,    Biglerville, PA 17307-9225
4904987         +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
4904986         +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
4904988         +Alexanders Plumbing,    4236 Fairfield Road,    Fairfield, PA 17320-9301
4904989          Berks Credit Collections,    Po Box 20508,    Indianapolis, IN 46220-0508
4904990         +Bermajo Auto Sales,    4467 York Road,    New Oxford, PA 17350-9404
4904991        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of PA,    Revenue Recovery,    PO Box 117,
                   Columbus, OH 43216)
4904992         +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4904993          Dennis Mooney,    407 Chestnut Street,    Mount Holly Springs, PA 17065-1215
4911763          ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
4987086         +Harris Savings Bank (now Santander),    635 Carlisle Street,    Hanover, PA 17331-5102
4904994         +JP Harris Associates, LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
4904995         +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4904985          PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                   Harrisburg, PA 17128-0431
4990302         +Richard L Book,    PO Box,    43 Gettysburg Street,    Arendtsville PA 17303-5806
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4904984          E-mail/Text: cio.bncmail@irs.gov Jan 24 2020 20:10:36     Internal Revenue Service,    POB 7346,
                   Philadelphia, PA 19101-7346
4904996          E-mail/Text: camanagement@mtb.com Jan 24 2020 20:10:44     M & T Bank,    PO Box 844,
                   Buffalo, NY 14240
4921558          E-mail/Text: camanagement@mtb.com Jan 24 2020 20:10:44     M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
4904997          E-mail/Text: bkrcy@ugi.com Jan 24 2020 20:11:39     UGI,    PO Box 13009,    Reading, PA 19612
4904998         +E-mail/Text: kcm@yatb.com Jan 24 2020 20:10:27     York Adams Tax Bureau,
                   Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4946728*       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,    PO Box 117,    Columbus, OH 43216)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum   on behalf of Debtor 1 Cheri Ann Freeman gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum   on behalf of Plaintiff Cheri Ann Freeman gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James   Warmbrodt    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Cheri Ann Freeman<br>aka Cheri A Freeman<br>aka Cheri Book Freeman<br>　　　　　　　　**Debtor 1** | Chapter:　　13<br><br>Case No.:　　1:17-bk-01359-HWV |
| Charles J. DeHart, III, Trustee<br>　　vs.　　　　　　　**Movant(s)** | |
| Cheri Ann Freeman<br>aka Cheri A Freeman<br>aka Cheri Book Freeman<br>　　　　　　　**Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 24, 2020　　　　By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)